**Order entered February 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00895-CV

**TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH, Appellant**

**V.**

**GREG FRAUSTO, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13131**

## ORDER

Appellees' February 12, 2015 unopposed motion for leave to present oral argument on February 25, 2015, is **GRANTED**.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE